# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DE'ANDRE DAMON JONES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-37 |
| | * | |
| v. | * | |
| | * | |
| STEVE CHAPMAN, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no.22, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's conditions of confinement claim and **DENIES** Plaintiff *in forma pauperis* status on appeal as to that claim. Plaintiff's deliberate indifference to safety claim against Defendant shall remain pending.

**SO ORDERED**, this ___25___ day of ___June___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)